| | |
|---|---|
| 1 | SCOTT N. SCHOOLS (SCBN 9990)<br>United States Attorney |
| 2 | |
| 3 | BRIAN J. STRETCH (CABN 163973)<br>Chief, Criminal Division |
| 4 | DEREK R. OWENS (CABN 230237)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102<br>Telephone: (415) 436-6488 |
| 7 | Fax: (415) 436-7234<br>derek.owens@usdoj.gov |
| 8 | Attorneys for Plaintiff |
| 9 | |

10  UNITED STATES DISTRICT COURT

11  NORTHERN DISTRICT OF CALIFORNIA

12  SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,                )   No. CR 07-0186 MAG
                                             )
14       Plaintiff,                          )
                                             )   **MOTION AND [PROPOSED] ORDER
15  v.                                       )   TO DISMISS INFORMATION**
                                             )
16  LLOYD FRANCIS,                           )
                                             )
17       Defendant.                          )
                                             )
18

19  With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the

20  United States Attorney for the Northern District of California moves to dismiss the above

21  Information without prejudice and vacate the next appearance date of August 13, 2007, at 10:00

22  a.m.

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

26  DATED: 8/13/2007                 /s/ Derek Owens

27                                   DEREK R. OWENS
                                     Special Assistant United States Attorney

28  //

NOTICE OF DISMISSAL
CR 07-0186 MAG

The Court hereby grants leave to dismiss the above Information without prejudice and vacates the next appearance date of August 13, 2007, at 10:00 a.m. .

DATED: Aug 14, 2007

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge

NOTICE OF DISMISSAL
CR 07-0186 MAG